UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LARRY PHILPOT,<br><br>      *Plaintiff*<br><br>v.<br><br>BANGOR PUBLISHING COMPANY/<br>BANGOR DAILY NEWS<br><br>      *Defendant* | Case No. 1:17-cv-4329-WTL-TAB |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

Defendant Bangor Publishing Company d/b/a *Bangor Daily News* ("BDN"), by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(2), moves the Court to dismiss Plaintiff's Complaint [ECF 1] as this Court lacks personal jurisdiction over BDN.

In support of this Motion, Defendant is contemporaneously submitting its *Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction* ("Memorandum").

THEREFORE, the defendant Bangor Publishing Company/Bangor Daily News, respectfully requests that the Court dismiss Plaintiff's Complaint, and grant all other relief just and proper.

    /s/ Steven E. Runyan
    Steven E. Runyan, #25771-29
    **KROGER, GARDIS & REGAS, LLP**
    111 Monument Circle, Suite 900
    Indianapolis, IN   46204
    Office Tel/ Fax:  (317) 692-9000 / (317) 264-6832
    ser@kgrlaw.com

    ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Larry G. Philpot

I further certify that on December 18, 2017, a copy of the foregoing was sent by U.S. Mail, postage prepaid to the following:

Larry G. Philpot
8125 Halyard Way, 1st Floor
Indianapolis, IN 46236

      /s/ Steven E. Runyan