UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LARRY PHILPOT, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 1:17-cv-4329-WTL-TAB |
| ) | |
| BANGOR PUBLISHING COMPANY/ ) | |
| BANGOR DAILY NEWS ) | |
| ) | |
| *Defendant* ) | |
| ) | |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY ADRIA Y. LAROSE**

Steven E. Runyan, of Kroger Gardis & Regas, LLP, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Adria Y. LaRose of Eaton Peabody, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant, Bangor Publishing Company/Bangor Daily News ("Bangor"), in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Adria Y. LaRose, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted contemporaneously with the filing of this motion.

THEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Adria Y. LaRose of Eaton Peabody leave to appear *pro hac vice* for purposes of this cause only.

Dated: March 30, 2018

        Respectfully submitted,

        /s/ Steven E. Runyan
        Steven E. Runyan, #25771-29
        **KROGER, GARDIS & REGAS, LLP**
        111 Monument Circle, Suite 900
        Indianapolis, IN  46204
        Office Tel/ Fax:  (317) 692-9000 / (317) 264-6832
        ser@kgrlaw.com

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Adria Y. LaRose was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

I further certify that on March 30, 2018 a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Adria Y. LaRose was emailed to the following:

    Adria Y. LaRose
    alarose@eatonpeabody.com

        /s/ Steven E. Runyan
        Steven E. Runyan

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN  46204
(317) 777-7454 Direct Telephone/Fax
(317) 692-9000 Office Telephone