UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LARRY G. PHILPOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-4329-WTL-TAB |
| | ) | |
| BANGOR PUBLISHING COMPANY/BANGOR | ) | |
| DAILY NEWS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Court has been advised by counsel that a settlement has been reached in this matter.

Accordingly, any pending motions are denied, without prejudice, as moot, and all previously

ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated.

Parties shall file a stipulation of dismissal within 28 days.

SO ORDERED:  6/25/2018

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Larry G. Philpot
8125 Halyard Way, 1st Floor
Indianapolis, IN 46236

Adria Y. LaRose
EATON PEABODY
alarose@eatonpeabody.com

Steven E. Runyan
KROGER GARDIS & REGAS LLP
ser@kgrlaw.com